| | |
|---|---|
| STATE OF SOUTH DAKOTA )<br>)ss<br>COUNTY OF LAWRENCE ) | IN CIRCUIT COURT<br>FOURTH JUDICIAL CIRCUIT<br>CIV. NO. 07-_____ |
| RACHEL BADGER FOX,<br>individually and as Special<br>Administrator of THE ESTATE<br>OF GERALD E. FOX, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA;<br>A.G.I.A., INC.; and<br>LEGIONNAIRE INSURANCE<br>TRUST PROGRAM,<br><br>Defendants. | COMPLAINT FOR<br>DECLARATORY JUDGMENT |

COME NOW the Plaintiffs, by and through their undersigned attorney of record, Kenneth R. Dewell, and for their cause of action against Defendants, pursuant to S.D.C.L. Chap. 21-24, and state and allege as follows:

1. Rachel Badger Fox (hereinafter "Rachel") is the widow of Gerald E. Fox (hereinafter "Gerald").

2. Rachel has been appointed the Special Administrator of The Estate of Gerald E. Fox, Deceased.

3. Rachel and Gerald lived in Lead, South Dakota, 57754.

4. Defendant Life Insurance Company of North America (hereinafter "North America") is a stock insurance company organized under the laws of the State of Pennsylvania and licensed to do business in South Dakota.

5. North America underwrites Defendant Legionnaire Insurance Trust Program (hereinafter "Legionnaire").



EXHIBIT B

6. Defendant A.G.I.A., Inc. (hereinafter "A.G.I.A.") is an insurance company domiciled in the State of California that administers Legionnaire.

7. On or about September 1, 2006, Gerald, a long-standing member of The American Legion, decided to purchase Accidental Death & Dismemberment Coverage from Legionnaire.

8. On or about September 1, 2006, Gerald filled out Legionnaire's insurance form as found in The American Legion Magazine.

9. On September 1, 2006, Gerald submitted the insurance form to Legionnaire, including a money order to pay the first premium.

10. On September 11, 2006, some ten days later, Gerald accidentally choked on his medication, resulting in his accidental death.

11. Gerald was issued an undated Certificate of Insurance. <u>See</u>, attached Exhibit #1.

12. The Certificate of Insurance given to Gerald included the following language:

   a. "We, the Life Insurance Company of North America, have issued a group insurance policy to the Policyholder named in the Certificate Schedule."
   b. "We certify that the person named in the Certificate Schedule is covered, provided the required premium has been paid."
   c. "Your coverage begins on the effective date shown in the Certificate Schedule provided your initial premium is paid when due during your lifetime."
   d. Under the heading "Benefits for Accidental Loss of Life," the Certificate of Insurance states: "We will pay the applicable Principal Sum stated in the Schedule of Benefits if, within 90 days of an accident covered by the group policy, bodily injuries you suffer as a direct result and from no other cause from that accident, result in the loss of your life. The accident must happen while you are covered under the group policy."
   e. Under the heading "Payment of Claims," the Certificate of Insurance states: "Your loss of life benefits will be paid to the beneficiary named in our files."

<u>See</u>, attached Exhibit #1.

13. Along with the Certificate of Insurance, a Certificate Schedule dated September 30, 2006 was issued. See, attached Exhibit #2.
14. The Certificate Schedule listed Gerald's Policy Number as LIT102003 and his Certificate Number as FOXG22630A. See, attached Exhibit #2.
15. The Certificate Schedule listed the effective date as October 1, 2006. See, attached Exhibit #2.
16. Following Gerald's death, Rachel contacted Legionnaire's Claims Department, located in Phoenix, Arizona, to inquire about Gerald's insurance.
17. Legionnaire's Claims Department told Rachel to wait thirty (30) days following Gerald's death before pursuing the claim.
18. Thirty days after calling Legionnaire's Claims Department, Rachel contacted Legionnaire's Claims Department again only to be told that she needed an insurance lawyer.
19. Rachel retained Attorney Timothy Johns (hereinafter "Johns") to pursue her death claim benefits.
20. Rachel turned over to Johns all documents pertaining to Gerald's insurance policy, including Gerald's original money order receipt.
21. Johns wrote to Legionnaire by a letter dated December 15, 2006, to inquire as to the status of the processing of the claim. See, attached Exhibit #3.
22. Johns submitted all original documents to Legionnaire without making copies.
23. Legionnaire replied to Johns' letter by a letter dated December 26, 2006 (hereinafter "December 26 letter") which included the following language:
    a. According to our records, the Accidental Death and Dismemberment Policy for $100,000.00, was effective and terminated on October 1, 2006.
    b. There were never any premium payments made to activate the policy.

3

      c.    Mr. Fox passed away on September 11, 2006, prior to the effective/termination date of this policy,

      d.    Consequently, the policy was not paid up at the time of Mr. Fox's death and no benefits are payable.

See, attached Exhibit #4.

24. Legionnaire refused to return Rachel's original documents, or copies thereof, to Rachel, despite numerous requests.

25. Among the documents Legionnaire refused to return is Gerald's original money order receipt.

26. A.G.I.A. issued a check (check number 99767) dated April 1, 2007, in the amount of $21.00 to The Estate of Gerald E. Fox (hereinafter "check 99767"). See, attached Exhibit #5.

27. Check 99767 was signed "Juliette Capritto." See, attached Exhibit #5.

28. Check 99767 indicated that A.G.I.A., Inc. was the name of the administrator. See, attached Exhibit #5.

29. Attached to the check was a check stub (hereinafter "check stub") referencing FOXG22630A (Gerald's account), indicating a refund amount of $21.00 and a transaction date of March 30, 2007. See, attached Exhibit #5.

30. The check stub stated the reason for the refund: "This check represents excess premium for a policy that has been cancelled due to the reported death of the insured. If a claim has been submitted, you will be receiving correspondence under separate cover. ACCIDENTAL DEATH." See, attached Exhibit #5.

31. The only reason that check 99767 was issued is because the premium had been originally paid by Gerald.

32. Based on check 99767 and the check stub, it is clear that Gerald paid his

4

premium before his death.

33. Based on the check stub, it is clear that Legionnaire considered Gerald's death to be an accident.

34. Gerald's payment of September 1, 2006 activated his policy.

35. Since Gerald's policy was activated as of the date of his death, Gerald was covered under Legionnaire's Accidental Death and Dismemberment Policy.

36. As Gerald's widow and beneficiary, Rachel is entitled to the full benefits of the policy, together with prejudgment interest accruing as of September 11, 2006.

WHEREFORE: Plaintiffs prays that:

    a. A judgment be entered declaring that the insurance policy was in full force and effect at the time of Gerald's death.

    b. Rachel is entitled to the benefits of the policy, together with prejudgment interest accruing as of September 11, 2006.

    c. For Rachel's costs pursuant to SDCL § 21-24-11.

    d. For such further relief be awarded as the court may deem necessary or proper pursuant to SDCL § 21-24-12.

Dated this 26 day of September, 2007.

JOHNSON EIESLAND LAW OFFICES, P.C.

By: _____

Kenneth R. Dewell
4026 Jackson Boulevard
P.O. Box 6900
Rapid City, SD 57709-6900
(605) 348-7300
(605) 348-4757 (Fax)
*Attorneys for Plaintiffs*

16776  D0314

# CERTIFICATE OF INSURANCE

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 Chestnut Street
Philadelphia, Pennsylvania 19192
A Stock Insurance Company herein called "We, Us, and Our"

THIS CERTIFICATE DESCRIBES LIMITED COVERAGE.
READ IT CAREFULLY.
THIS CERTIFICATE DESCRIBES ACCIDENT ONLY COVERAGE
WHICH DOES NOT PAY BENEFITS FOR LOSS FROM SICKNESS.

## ACCIDENTAL DEATH & DISMEMBERMENT COVERAGE

We, the Life Insurance Company of North America, have issued a group insurance policy to the Policyholder named in the Certificate Schedule.

We certify that the person named in the Certificate Schedule is covered, provided the required premium has been paid. The terms "you" and "your" refer to the person who is named.

Your coverage begins on the effective date shown in the Certificate Schedule provided your initial premium is paid when due during your lifetime.

Your benefits are described in this Certificate. You should read it with care so you will understand your coverage. This is not the insurance contract. The group policy is the only contract under which benefits are paid. You may examine it at the office of the Policyholder.

*Karen S. Rohan*
Karen S. Rohan, President

### PREMIUM PAYMENT

Premiums for your coverage are payable to us. Premiums must be paid when due, subject to the grace period provision.

We may change the premium rates under the group policy, but only if the same change is made for all persons in the same class covered under the group policy.

### GRACE PERIOD

A grace period of 31 days is granted for each premium due after the first. Coverage will stay in force during this period unless notice to terminate coverage under the group policy has been sent. Coverage will end on the date premium was due if the premium has not been paid when the grace period expires.

### 30 DAY RIGHT TO EXAMINE CERTIFICATE

If you do not like the coverage provided under this Certificate for any reason, it may be returned to us not more than 30 days after receipt. We will return any premium that has been paid. In that case the Certificate will be void as if it had never been issued.

XX-604962

EXHIBIT 1

## TABLE OF CONTENTS

ELIGIBILITY .................................................................................. Page 2
TERMINATION OF COVERAGE ............................................................. Page 2
DESCRIPTION OF COVERAGE .............................................................. Page 2
EXCLUSIONS ................................................................................ Page 2
DEFINITIONS ................................................................................ Page 3
GENERAL PROVISIONS ..................................................................... Page 4

**ADDITIONAL BENEFITS**
Bonus Benefit ................................................................................ Page 6
Dependent Coverage ....................................................................... Page 7
Escalator Benefit ............................................................................ Page 8

## ELIGIBILITY

If you are a member in good standing in a State Department of The American Legion which is participating in the Legionnaire Insurance Trust, you are eligible to become covered under the policy. This includes persons who become eligible while this policy is in force.

## TERMINATION OF COVERAGE

Your coverage will end on the earliest of:

1) the next premium due date if you are no longer an eligible member of a State Department of The American Legion which is participating in the Legionnaire Insurance Trust;
2) the premium due date, if the required premium is not paid by the end of the 31 day grace period;
3) the date the group policy is terminated;
4) the date that coverage is terminated for the class of eligible persons to which you belong;
5) the date that the plan of benefits under which you are covered, is terminated.

Termination will not affect a claim for a covered loss due to an accident which occurred while coverage was in effect.

## DESCRIPTION OF BENEFITS

**BENEFITS FOR ACCIDENTAL LOSS OF LIFE:**

We will pay the applicable Principal Sum stated in the Schedule of Benefits if, within 90 days of an accident covered by the group policy, bodily injuries you suffer as a direct result and from no other cause from that accident, result in the loss of your life. The accident must happen while you are covered under the group policy.

**BENEFIT FOR ACCIDENTAL LOSS OF LIMB OR SIGHT:** We will pay this benefit if:

a) you are injured in an accident which happens while you are covered under the group policy; and
b) you suffer one of the losses listed below as a direct result of that accident and from no other cause, within 90 days of the accident.

The Principal Sum is shown on your Certificate Schedule.

| Loss | Benefit |
|---|---|
| Two or more members | 100% of the Principal Sum |
| One member | 50% of the Principal Sum |
| Thumb and index finger of the same hand | 25% of the Principal Sum |

XX-604962

19775

"Member" means hand, foot or eye. Loss of a hand or foot means complete severance through or above the wrist or ankle joint. (In South Carolina, the complete severance of four whole fingers from one hand equals the loss of one hand).

"Loss of an Eye" means the total, permanent and irrecoverable loss of sight in the eye.

"Loss of a thumb and index finger" means complete severance through or above the metacarpophalangeal joints (the joints between the fingers and the hand). (In California, loss of a thumb and index finger means loss by complete severance of at least one whole phalanx of each).

"Severance" means the complete separation and dismemberment of the limb from the body.

**MULTIPLE LOSSES**

If you suffer more than one covered loss as a result of any one accident, we will pay for the loss with the largest benefit.

**Aggregate (Per Accident) Limit of Liability**

The Aggregate (Per Accident) Limit of Liability for each accident is shown on the Certificate Schedule. The Aggregate (Per Accident) Limit includes all benefits payable, whether payable in an lump sum or monthly basis.

## EXCLUSIONS

Benefits will not be paid for a loss caused by or resulting from:

1) intentionally self-inflicted injury, suicide or any attempt thereat, while sane or insane. (In Missouri while sane);

2) voluntary self-administration of any drug or chemical substance not prescribed by, and taken according to the directions of, a doctor. (Accidental ingestion of a poisonous substance is not excluded);

3) driving while intoxicated or driving under the influence of a controlled substance unless administered on the advice of a doctor;

4) declared or undeclared war or act of war;

5) an accident which occurs while you are on active duty service in any armed forces. Send us proof of service. We will refund any premium paid for this time. (Reserve or National Guard active duty for training is not excluded unless it extends beyond 31 days);

6) travel or flight in (including getting in or out, on or off) any aircraft or device which can fly above the earth's surface, if:

   A. The aircraft or device is being used:
      (1) for test or experimental purposes; or
      (2) by or for any military authority. (Aircraft flown by the U.S. Military Airlift Command (MAC) or similar service of another country are not excluded); or
      (3) for travel, or is designed for travel, beyond the earth's atmosphere; or
      (4) by or for the Subscribing Organization or any of its subsidiaries and affiliates. This exclusion applies whether the aircraft or device is owned, leased, operated or controlled by the Subscribing Organization. "Controlled" means the Subscribing Organization may use the aircraft or device as it wishes for more than 10 consecutive days or more than 11 days in any year.

   OR

   B. You are:
      (1) serving as pilot or crew member (or student taking a flying lesson) and are not riding as a passenger; or
      (2) hang-gliding, parasailing; or
      (3) parachuting, except making a parachute jump for self-preservation.

XX-604962

3

7) sickness, disease, bodily or mental infirmity or medical or surgical treatment thereof, or bacterial or viral infection, regardless of how contracted. This does not include bacterial infection that is the natural and foreseeable result of an accidental external bodily injury or accidental food poisoning;

8) Participation in any organized race or speed contest.

## DEFINITIONS

Whenever used in this certificate:

"Accident" means a sudden, unforeseeable external event which:

    (1) causes injury to you; and
    (2) which is not contributed to, by disease, sickness, mental or bodily infirmity.

"Acts of Terrorism" means violence which is:

    (1) committed against non-combatants;
    (2) premeditated and politically motivated; and
    (3) committed by:
        (a) a person or persons not acting on behalf of a foreign state; or
        (b) clandestine state agents.

"Doctor" means a licensed practitioner of the healing arts acting within the scope of his license. Doctor does not include: you or your spouse; or you or your spouse's child, parent, brother, sister; or a person living with you.

"Injury" means bodily harm which results, directly and independently of all other causes, from an accident.

## GENERAL PROVISIONS

**Notice of Claim:**

Written notice must be given within 30 days (Kentucky: 60 days) after a covered loss begins or as soon as reasonably possible. Notice can be given to us at our home office at Philadelphia, Pennsylvania or to our agent. Notice should include your name, address and group policy number.

**Claim Forms:**

When we receive the notice of claim, we will send forms for filing proof of loss. If claim forms are not sent within 15 days after we receive notice of claim, the proof requirements will be met by submitting, within 90 days, written proof of the nature and extent of the loss.

**Proof of Loss:**

Written proof, satisfactory to us, must be given to us within 90 days after the date of loss. If that is not reasonably possible, we will not deny or reduce any claim if proof is furnished as soon as reasonably possible.

**Time of Payment of Claims:**

Benefits payable under the group policy for a loss other than loss for which the group policy provides a periodic payment will be paid as soon as we receive written proof of loss satisfactory to us. Subject to such written proof of loss, all accrued benefits for loss for which the group policy provides periodic payment will be paid not later than the end of each month during the continuance of the period for which we are liable. Any balance remaining unpaid at the end of liability will be paid as soon as we receive due written proof, satisfactory to us.

XX-604962

15776

### Payment of Claims:

Your loss of life benefits will be paid to the beneficiary named in our files. If you have designated more than one beneficiary your benefits will be divided equally among all beneficiaries you have named, unless you have directed us otherwise.

If there is no surviving beneficiary, your loss of life benefits will be paid in one lump sum to the first surviving class of the following classes of beneficiaries:

    a) your wife or husband.
    b) your child or children.
    c) your mother and father.
    d) your sisters and brothers.

If there is no surviving member of any of the above classes, the benefits will be paid to your estate. All other benefits will be paid to you, if living, or your estate. If we are to make payments to your estate or to a family member who is incapable of giving a valid release, we may pay up to $1,000 to a relative by blood or marriage whom we believe is equitably entitled. This good faith payment satisfies our legal duty to the extent of that payment.

The benefits can be paid in one lump sum or at your written request, in accordance with one of our available settlement plans. If you have not chosen any such settlement plan, the beneficiary can do so after your death. The beneficiary should request in writing to be paid from an available settlement plan. We must agree to the plan chosen.

### Change of Beneficiary:

You can change your beneficiary at any time by giving us written notice. The beneficiary's consent is not required for this or any other change which you may make unless the designation of beneficiary is irrevocable.

### Physical Examination and Autopsy:

We will pay the cost and have the right to have you examined as often as reasonably necessary while a claim is pending. We can have an autopsy performed at our expense unless prohibited by law.

### Plan Changes:

We may agree with the Policyholder to modify a plan of benefits without your consent.

### Legal Actions:

No action at law or in equity shall be brought to recover benefits under the group policy less than 60 days after written proof of loss has been furnished as required by the group policy. No such action shall be brought more than 3 years (Kansas: 5 years; South Carolina: 6 years) after the time written proof of loss is required to be furnished.

### Multiple Certificates:

You are not eligible for coverage under more than one Certificate providing accidental death coverage under group policies issued by us to the Policyholder. If premium is being paid for more than one such Certificate, coverage will be in effect under only one of them at any one time and premiums paid for Certificates which are not in effect will be refunded.

### Workers' Compensation Insurance:

The group policy is not in lieu of and does not affect any requirement for coverage under any Workers' Compensation Insurance.

### Misstatement of Age or Sex:

If your age or sex has been misstated, the benefits will be what the premium paid would have bought at the correct age or sex.

XX-604982

5

## BONUS BENEFIT RIDER

This rider is attached to and made a part of your group insurance certificate which describes your coverage under the group policy. This rider is subject to the terms, conditions, and provisions contained in your certificate.

Coverage under this rider begins on the effective date shown on the Certificate Schedule provided premiums are paid when due.

**BENEFIT**

Your Principal sum is the amount shown on your Certificate Schedule.

The Principal Sum is the total of the Bonus Benefit Amount and the applicable Voluntary Plan Benefit Amount (if any) shown on the Certificate Schedule.

A. The section titled Premium Payment is deleted and replaced with:

"Premiums for your Voluntary Plan coverage are payable to us. Premiums must be paid when due, subject to the grace period provision.

The premium for your Voluntary Plan coverage (if any) is shown on the Certificate Schedule. We may change the premium rates under the group policy, but only if the same change is made for all persons in the same class covered under the group policy."

B. The following is added under the section titled Description of Benefits:

"The Bonus Benefit applies only to you, the person named in the Certificate Schedule. It is not applicable to any covered dependents."

This rider terminates at the same time as the Certificate to which it is attached unless terminated at an earlier date. Except for the above, the rider does not change the Certificate in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

Karen S. Rohan, President



6

16775

# DEPENDENT COVERAGE RIDER

This rider is attached to and made a part of your group insurance certificate which describes your coverage under the group policy. This rider is subject to the terms, conditions, and provisions contained in the certificate.

Coverage under this rider begins on the effective date shown on the Certificate Schedule provided the initial premium is paid during the lifetime of your Covered Dependents.

## BENEFIT

Benefits, as described in the Section of your certificate titled "Description of Benefits", are provided for your Covered Dependents as defined.

The applicable Principal Sum for a Covered Dependent is based upon a percentage of your Principal Sum and is shown on your Certificate Schedule. The maximum amount for which your Covered Dependent Child is covered will not exceed $20,000. The maximum amount for which your Covered Dependent Spouse is covered will not exceed $200,000.

## TERMINATION:

A Covered Dependent's coverage will end on the earliest of:
1) the date your coverage ends;
2) the premium due date if the required premium is not paid by the end of the 31-day grace period;
3) the next premium due date, if the Covered Dependent is no longer an eligible dependent;
4) the date that coverage is terminated for the class of persons to which the Covered Dependent belongs;
5) the date the Group Policy is terminated.

Termination will not affect a claim for a covered loss due to an accident which occurred while coverage was in effect.

## BENEFICIARY

A Covered Dependent's benefits will be paid to you, if living. If not, we will pay your estate.

## ADDING DEPENDENTS

Any eligible dependents not covered on the effective date of your coverage may become covered by written request to us and by payment of any required premium. The effective date of such dependent's coverage will be the first of the month after we have approved the request, provided the correct initial premium is paid during their lifetime.

## DEFINITIONS

"Covered Dependent" means your legal spouse and your unmarried dependent child whose principal residence is with you, who relies on you for support and maintenance and who is under 19 years of age, (under 23 while a full-time student in an accredited school), provided the required premiums have been paid for them.

We will continue coverage for a child who is 19 or more years old and primarily supported by you or your Spouse and incapable of self-sustaining employment by reason of mental or physical handicap. Proof of the child's condition and dependence must be submitted to the Insurance Company within 31 days after the date the child ceases to qualify as a Dependent for the reasons listed above. During the next two years the Insurance Company may from time to time require proof of the continuation of such condition and dependence. After that, the Insurance Company may require proof no more than once a year.

"Child" means a child born to or legally adopted child by you or your Spouse. The term includes a child during any waiting period prior to the finalization of the child's adoption. It means a stepchild or a foster child living with you or your Spouse.

If you are insured and a resident of the District of Columbia, a child must be a United States citizen or have a permanent Alien Registration Card. "Child" will also include a grandchild, niece or nephew under your Primary Care if the legal

XX-604962

7

guardian of the minor grandchild, niece or nephew, is other than you and is not eligible for accident coverage under another policy. For the purpose of this section, "Primary Care" means you provide food, clothing, and shelter, on a regular and continuous basis, for the minor grandchild, niece or nephew during the time that the District of Columbia public schools are in regular session.

This rider terminates at the same time as the Certificate to which it is attached, unless terminated at an earlier date. Except for the above, the rider does not change the Certificate in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Karen S. Rohan*, President

XX-604964

## ESCALATOR BENEFIT RIDER

This rider is attached to and made a part of your group insurance certificate which describes your coverage under the group policy. This rider is subject to the terms, conditions, and provisions contained in your certificate.

Coverage under this rider begins on the effective date shown on the Certificate Schedule, provided premiums are paid when due.

**BENEFIT**

After your coverage under the Certificate has been in effect for 6 consecutive months, and at the end of each 6 month period after that, on the policy anniversary your Principal Sum will be automatically increased by 1%. This provision applies only to the amount of your Principal Sum that you applied for, and not to any increases provided by this benefit nor to your Bonus Benefit Amount. The total of all such increases will not be more than 10% of the amount of your Principal Sum for which you applied.

This increase applies ONLY to your Principal Sum; benefit amounts for Covered Dependents will be increased.

If you increase your Principal Sum, this benefit will be applied separately to each amount applied for. If you reduce your Principal Sum any increase under this rider will be reduced in the same proportion.

This rider terminates at the same time as the Certificate to which it is attached, unless terminated at an earlier date. Except for the above, the rider does not change the Certificate in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Karen S. Rohan*, President

XX-604988

9/60/08 · ADAA4 · 227712-1

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 Chestnut Street, Philadelphia, PA 19192
A Stock Insurance Company

LEGIONNAIRE INSURANCE TRUST PROGRAM

GERALD E FOX
P.O. BOX 546
LEAD, SD 57754

Policyholder: Legionnaire Insurance Trust
Insured: GERALD E FOX
Effective Date: 10/01/06
Dependent Coverage: COVERED

Policy No.: LIT102003
Certificate #: FOXG22630A
Original Effective Date: 10/01/06

### SCHEDULE OF BENEFITS
### ACCIDENTAL DEATH AND DISMEMBERMENT

**VOLUNTARY PLAN BENEFIT AMOUNT**

|  | INSURED | SPOUSE |
|---|---|---|
| FIRST 6 MONTHS | $100,000 | $100,000 |
| 6 MOS. - 1 YR. | $101,000 | $101,000 |
| 1 YR. - 1 ½ YRS. | $102,000 | $102,000 |
| 1 ½ YRS. - 2 YRS. | $103,000 | $103,000 |
| 2 YRS. - 2 ½ YRS. | $104,000 | $104,000 |
| 2 ½ YRS. - 3 YRS. | $105,000 | $105,000 |
| 3 YRS. - 3 ½ YRS. | $106,000 | $106,000 |
| 3 ½ YRS. - 4 YRS. | $107,000 | $107,000 |
| 4 YRS. - 4 ½ YRS. | $108,000 | $108,000 |
| 4 ½ YRS. - 5 YRS. | $109,000 | $109,000 |
| 5 YRS. + | $110,000 | $110,000 |

BENEFICIARY: REFER TO "PAYMENT OF CLAIMS" SECTION IN YOUR CERTIFICATE OF INSURANCE.

You are covered for 50% of the amount shown above when the Insured is age 70-74.
You are covered for 25% of the amount shown above after the Insured turns age 75.

**ADDITIONAL BENEFITS:**
Dependent Coverage - If Elected
Escalator Benefit
Bonus Benefit (applies to Insured Member only) - $1,000 to be added to the Insured's Voluntary Plan Benefit Amount.

See Reverse

EXHIBIT 2

AGGREGATE LIMIT OF LIABILITY PER ACCIDENT IS $1,000,000. THE MAXIMUM AMOUNT OF COVERAGE FOR ANY ONE PERSON INCLUDING ANY ATTACHED RIDERS IS $210,000.

PLEASE ATTACH THIS SCHEDULE TO YOUR CERTIFICATE OF INSURANCE. THIS CERTIFICATE REPLACES ANY AND ALL CERTIFICATES PREVIOUSLY ISSUED TO YOU WITH RESPECT TO THE POLICY NUMBER SHOWN ABOVE. WE URGE YOU TO READ YOUR CERTIFICATE CAREFULLY IN ORDER TO FULLY UNDERSTAND YOUR BENEFITS.



# Johns & Kosel, Prof. LLC
## Attorneys at Law

Timothy R. Johns
tjohns@johnskosellaw.com

Joseph M. Kosel
jkosel@johnskosellaw.com

December 15, 2006

To: Ms. Mandy Sin
Claims Support Tech
Legionnaire Insurance Trust Program
P. O. Box 9060
Phoenix, Arizona 85068-9060

Re: Gerald E. Fox, Insured; Certificate Number FOXF22630A (A/C#11); "No Cost" Accidental Death and Dismemberment Policy of Life Insurance Company of North America.

Dear Ms. Sin:

This office has been retained by Mrs. Rachel B. Fox, common law wife of Gerald E. Fox, to pursue her death claim benefits under the above-referenced policy. It is my understanding that Mr. Fox had $100,000.00 of accidental death insurance and that one of the contributing causes of his death was accidental choking on his medication. Please advise of the status of this matter. Awaiting your reply, I am,

Sincerely yours,

Timothy R. Johns
For the Firm

CC: Rachel Fox

RECEIVED
FEB 16 2007

EXHIBIT
3

JAN 2 0 2007

203 West Main Street   Lead SD  57754   Phone: 605-717-2889  Fax: 605-717-
www.JohnsKoselLaw.com

 **LEGIONNAIRE INSURANCE TRUST PROGRAM**

December 26, 2006

**RECEIVED**
DEC 29 2006

Johns & Kosel LLC
Attn: Timothy R. Johns
Attorney at Law
203 West Main Street
Lead, SD 57754

RE:  INSURED:           Gerald Fox
     CERTIFICATE NO:    FOXG22630A (Acct. #11 & #3).
     ACCIDENTAL DEATH & DISMEMBERMENT POLICIES

Dear Mr. Johns:

We are in receipt of the letter you submitted in regards to the status of the claim submitted on the Accidental Death and Dismemberment Policies for the above listed insured. This letter is to inform you of the status.

In regards to the "No Cost" Accidental Death and Dismemberment Policy for $1,000.00, please find attached a copy of the denial letter previously sent to Rachel Fox on December 1, 2006.

According to our records, the Accidental Death and Dismemberment Policy for $100,000.00, was effective and terminated on October 1, 2006. There were never any premium payments made to activate the policy. Mr. Fox passed away on September 11, 2006, prior to the effective/termination date of this policy. Consequently, the policy was not paid up at the time of Mr. Fox's death and no benefits are payable.

If you have any questions, or need additional information, please feel free to contact our office at 1.800.882.0220 and we will be happy to assist you.

Sincerely,

Kristi Jones
Benefit Analyst

ENC.

**EXHIBIT 4**

Administered by: A.G.I.A., Inc.
Customer Service: P.O. Box 21908, Santa Barbara, California 93121-1908   (800) 235-6943



```
⑈"000997b7⑈"   ⑆"422242843⑆"   7550040740⑈ 9450
```

ABSENCE OF PINK U.S. PATENT NUMBERS UNDER SIGNATURE INDICATES CHECK IS FRAUDULENT. PATENT NUMBERS ARE PRINTED WITH HEAT SENSITIVE INK & WILL DISAPPEAR WHEN BLOWING OR RUBBING

| TRANSACTION DATE | REFUND AMOUNT | REFUND REASON | REASON DESCRIPTION | PID#: GROUP: USER ID: | FOXG22630A LIT ASR |
|---|---|---|---|---|---|
| 3/30/07 | $21.00 | 56 | This check represents excess premium for a policy that has been cancelled due to the reported death of the insured. If a claim has been submitted, you will be receiving correspondence under separate cover. ACCIDENTAL DEATH | | |

EXHIBIT 5