UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

NOV - 9 2007

CLERK

| | | |
|---|---|---|
| RACHEL BADGER FOX, individually and as Special Administrator of the Estate of Gerald E. Fox, | ) ) ) ) | CIV. 07-5076-KES |
| Plaintiffs, | ) ) ) | REMAND TO STATE COURT |
| vs. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, A.G.I.A., INC., and LEGIONNAIRE INSURANCE TRUST PROGRAM, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Remand to State Court, it is hereby

ORDERED that this case is remanded to state court.

Dated November 9, 2007.

BY THE COURT:

KAREN E. SCHREIER
CHIEF JUDGE